UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 10-20564-CIV-MORENO/TORRES

**CONSENT CASE**

JUAN CARLOS HENRIQUEZ )
CONCEPTION, and all others similarly )
situated under 29 USC 216(B), )
                                                                           )
            Plaintiff )
vs. )
                                                              )
RG JANITORIAL CORP. )
SCHARVELL J GANDUR )
                                                              )
           Defendants )

**DEFAULT FINAL JUDGMENT**

THIS CAUSE is before the Court upon Plaintiff's Motion for Final Default Judgment, filed on August 16, 2011 [D.E. 32].

THIS COURT has considered said motion and the pertinent portions of the record and is otherwise fully advised in the premises. The motion [D.E. 32] establishes that Plaintiff is entitled to $40,236 as overtime wages and liquidated damages in addition to $2,641.50 as attorneys' fees and costs incurred in the litigation of this case. Having reviewed the Motion and attached supporting documentation attached to Plaintiffs Motion, it is hereby:

ORDERED AND ADJUDGED that Plaintiffs Motion for Final Default Judgment is GRANTED as follows: (1) DEFAULT FINAL JUDGMENT is entered against Defendants RG Janitorial Corp and Scharvell J. Gandur, jointly and severally and in favor of Plaintiff Juan Carlos Henriquez Conception. Plaintiff Juan Carlos Henriquez Conception is awarded $40,236 as wages and liquidated damages. Plaintiff's attorney's shall be entitled $2,641.50 as fees and costs incurred in the litigation of this matter. Furthermore, Plaintiff's counsel shall be entitled to

future reasonable attorneys fees in collection of the default judgment to be determined by this Court upon collection. Interest shall accrue at the rate prescribed by 28 U.S.C. §1961 until this judgment is satisfied, for which sum let execution issue.

    DONE AND ORDERED in Chambers at Miami, Florida, this  13th  day of  September  2011.

                                /s/  Edwin G. Torres
                                EDWIN G. TORRES
                                UNITED STATES MAGISTRATE JUDGE

**Copies to:**    **Counsel of Record**

RG Janitorial Corp
c/o Scharvell J. Gandur
10770 SW 67 Drive
Miami, Florida 33173

Scharvell J. Gandur
10770 SW 67 Drive
Miami, Florida 33173